JAMIE LEE BLEDSOE    No. 06-14-00138-CR    IN THE SIXTH DISTRICT

Appellant

RECEIVED IN
The Court of Appeals
Sixth District

JAN 1 5 2015

Texarkana, Texas
Debra Autrey, Clerk

VS.                                         COURT OF APPEALS

THE STATE OF TEXAS,                         OF THE STATE OF TEXAS

Appellee

FILED IN
The Court of Appeals
Sixth District

JAN 1 5 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## APPELLANT'S MOTION TO EXTEND TIME TO FILE PRO-SE RESPOND BRIEF OPPOSITE TO APPEAL COUNSEL ANDER'S BRIEF

Appellant, JAMIE LEE BLEDSOE, requests that the Court extend time to file his PRO-SE Brief.

### A. Introduction

1. JAMIE LEE BLEDSOE, is the Appellant. The State of TEXAS is the Appellee.

2. NO rule limits the time within which to file this motion to extend. See Tex. R. App. P. 38.6 (d).

3. Appellant requests an additional thirty (30) days to file Appellant's brief, extending the time to February 15, 2015, or from the date of reciept of Motion.

### B. Argument and Authorities

ON December 23, 2014 Appeal Attorney for Appellant Filed a motion for extend of time to file the Appellant Brief.

This Court (Granted) the motion and Extend the time to January 28, 2015.

ON January 5th 2015 Appellant recieved a Letter dated December 31, 2014, AND a motion To withdraw as APPELLANT's ATTORNEY, Accompany with a Anders Brief that was filed by Appeal Attorney.

Page 1

ALSO APPEAL ATTorney Send a Box Contained with the Clerk Record's & Court Reporter Record's.

APPellant Need's Additional time to review the record's in Order to Seek any Possible error's to Present in his Pro-Se ResPonse Brief.

4. The Court may extend time to file the brief under the authority of Texas Rule of APPellate Procedure 38.6(d).

5. APPellant's brief is Currently due on January 28th 2015.

6. APPellant now requests an additional thirty (30) day's to file APPellant Pro-Se ResPond Brief, extending time to February 28th 2015.

7. Prior extension was granted to APPeal ATTorney to file the APPellant BRief.

8. Soon after APPellant recieved ATTorney's motion that was granted, the following week APPellant recieved The ANDER's Brief ACcompany with ATTorney's motion to with draw.

9. APPellant requests additional time to file his Pro-Se brief on the following grounds:

(a) APPellant recieved the main reporter's record on January 6th 2015 and the exhibits on January 6th 2015 giving him only (22) day's to read the appellate record, research the applicable law, draft and file the brief. which is insufficient.

(B) APPellant is a Inmate Currently incarcerated and only recieve's (2) HR Per day to Visit the Law Library (5) day's a week

## C. Prayer

10. For these reasons, Appellant asks the Court to grant an extension of time to file his brief in this cause to February 28th 2015, and for such other and further relief to which he may be entitled

Respectfully Submitted.

Jamie Lee Bledsoe

## Certificate of Service

I, Jamie Lee Bledsoe, hereby certify Under Penalty of Perjury that a true and correct copy of the motion has been provided to DEBRA. K. AUTREY; Clerk At The BI STATE Justice Building 100 NORTH STATE Line AVENUE #20 TEXARKANA, TEXAS 75501, by Placing said document in a Postage Paid enveloped Provided by Law Library Indigent department located on the WYNNE Unit. On January 12th 2015.

Jamie Lee Bledsoe